# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHLEEN MARY MULCAHY,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-6049** |
| : | |
| **LEIGH SKIPPER, et al,** : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 24th day of August, 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 30), Mulcahy's Response (Doc. No. 35), Defendant's Reply (Doc. No. 37), Plaintiff's Sur-Reply (Doc. No. 40), and all related submissions, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. No. 30) is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant;

3. The Clerk of Court shall **CLOSE** this case.

                                                    **AND IT IS SO ORDERED:**

                                                  */s/ Paul S. Diamond*
                                                  _____
                                                  Paul S. Diamond, J.